```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MARK KNOX,

                    Plaintiff,

        -against-

JO ANNE BARNHART,
Commissioner of Social
Security,

                    Defendant.
----------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 0 9 2005 ★

BROOKLYN OFFICE

CV 05-1895(NGG)

**ORDER**

GARAUFIS, District Judge.

Plaintiff initiated this action by filing a complaint on April 19, 2005. The parties are directed to adhere to the following policies, which the Board of Judges has adopted for expediting the disposition of Social Security cases.

Defendant shall promptly obtain and file the administrative record of the proceedings below and shall file its answer within 120 days from the date of this order and in any event, no later than October 7, 2005. If defendant is unable to timely file its responsive papers, it shall notify the Court in writing. Such notification shall include a request for an extension to a date certain and demonstrate good cause for the extension. In addition, the notification shall indicate the date the administrative record was requested and whether or not it has been received. Defendant shall move for judgment on the pleadings, unless otherwise directed by the Court, within 60 days after filing its answer or by December 9, 2005, 180 days after the filing of the complaint, whichever is earlier. Plaintiff shall file any response in opposition within 30

days and in any event, no later than January 9, 2006. The defendant is directed to contact Mr. Joseph Reccoppa, Courtroom Deputy, at (718) 260-4558 upon filing its motion for judgment on the pleadings to schedule oral argument.

Requests for extensions will not be routinely granted. After one extension of time of not more than 30 days, no further extension shall be granted absent good cause.

SO ORDERED.

Dated: Brooklyn, New York
       June 8, 2005

                                    _____
                                    NICHOLAS G. GARAUFIS
                                    United States District Judge